UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEVES REALTY, INC.,

                Plaintiff,

- against -

ZADIE BARTLEY; THE CITY
OF NEW YORK; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD; NEW
YORK CITY DEPARTMENT OF FINANCE; and
NEW YORK CITY PARKING VIOLATIONS
BUREAU,

                Defendants.
-------------------------------------------------------------X

**JUDGMENT**
14-CV-3227 (RRM) (VMS)

      A Memorandum and Order of this Court issued this day by the undersigned, finding that abstention under the *Colorado River* doctrine is warranted in this action and dismissing this action, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff Teves Realty, Inc. take nothing from defendant Zadie Bartley, or from any of the other named defendant, and this action is dismissed.

Dated:  Brooklyn, New York
         March 30, 2017

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge